STEVEN P. COGER (State Bar No. 170765)
AT&T SERVICES, INC.
2600 Camino Ramon, Room 2W955
San Ramon, California 94583
Telephone:  925.823.9489
Facsimile:  925.244.9083

Attorneys for Defendant
PACIFIC TELESIS GROUP COMPREHENSIVE
DISABILITY BENEFITS PLAN

JESSE S. KAPLAN (State Bar No. 103726)
5441 Fair Oaks Boulevard, Suite C-1
Carmichael, California 95608
Telephone: 916.488.3030
Facsimile: 916.489.9297

Attorney for Plaintiff
BERNADETTE GOUGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE GOUGH,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, PLAN ADMINISTRATOR PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No.  CIV S-05-1172 DFL GGH<br><br>**THE PARTIES' JOINT AND STIPULATED REQUEST TO POSTPONE THE TRIAL AND DISPOSITIVE MOTION DATES BY A PERIOD OF 120-DAYS TO FACILITATE THE PARTIES' CURRENT EFFORTS TO RESOLVE THIS MATTER BEFORE TRIAL VIA PRIVATE MEDIATION AND/OR REFERRAL TO A COURT SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND/OR REFERRAL TO THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>**[CIV LR 16-270, 16-271, 83-143]** |

1  The parties to the above action hereby submit this joint request that the trial date and
2  deadline for dispositive motions in this matter be postponed by a period of at least 120 days.
3  This joint and stipulated request is made on the grounds that the parties have requested referral of
4  this matter to a Court Settlement Conference pursuant to Civil Local Rule 16-270 and/or referred
5  to the Court's Voluntary Dispute Resolution Program pursuant to Civil Local Rule 16-271.  In
6  the event the court does not grant the parties' request, the parties have initiated discussions
7  regarding selection of a private mediator.

8  Good cause exists for the parties' joint and stipulated request that the trial date and
9  deadline for dispositive motions in this matter be postponed by a period of at least 120 days.
10  Referring this matter to a Court Settlement Conference and/or to the Court's Voluntary Dispute
11  Resolution Program would be beneficial to both the parties and the Court because there are
12  disputed questions of law that could be quickly clarified for the parties by a magistrate judge
13  such that early resolution or a dramatic paring down of issues could result before dispositive
14  motions are required and extensive preparations for trial are engaged between the parties.

15  Given the Court's extremely aggressive pre-trial scheduling order, which the parties
16  received less than 45 days ago, the parties respectfully request that the trial date and deadline for
17  dispositive motions be postponed by a period of at least 120 days.

18  Respectfully submitted:

19  DATED:       August ___, 2006            AT&T SERVICES, INC.
20
21                                           _____
22                                           STEVEN P. COGER
                                             Attorneys for Defendant
23                                           PACIFIC TELESIS GROUP COMPREHENSIVE
                                             DISABILITY BENEFITS PLAN
24
25  DATED:       August ___, 2006
26
27                                           _____
                                             JESSE S. KAPLAN
28                                           Attorney for Plaintiff
                                             BERNADETTE GOUGH

1  [PROPOSED] ORDER

2  Having considered the parties' joint and stipulated request that the trial date and deadline
3  for dispositive motions be postponed and good cause appearing

4  IT IS ORDERED that the trial date in this matter be postponed by a period of at least 120
5  days from **February 20, 2007** to June 18, 2007 at 8:30 a.m.  The final pre-trial conference shall
6  be moved from **January 12, 2007** to May 11, 2007 at 3:00 p.m.

7  IT IS FURTHER ORDERED that the deadline for dispositive motions in this matter shall
8  be postponed by a period of at least 120 days from **December 6, 2006** to March 28 , 2007 at
9  10:00 a.m.

10  IT IS SO ORDERED.

11  DATED:       August 17, 2006

12  _____
    DAVID F. LEVI
13  United States District Judge