STEVEN P. COGER (State Bar No. 170765)
AT&T SERVICES, INC.
2600 Camino Ramon, Room 2W955
San Ramon, California 94583
Telephone:  925.823.9489
Facsimile:  925.244.9083

Attorneys for Defendant
PACIFIC TELESIS GROUP COMPREHENSIVE
DISABILITY BENEFITS PLAN

JESSE S. KAPLAN (State Bar No. 103726)
5441 Fair Oaks Boulevard, Suite C-1
Carmichael, California 95608
Telephone: 916.488.3030
Facsimile: 916.489.9297

Attorney for Plaintiff
BERNADETTE GOUGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE GOUGH,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, PLAN ADMINISTRATOR PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN,<br><br>  Defendants. | Case No.  CIV S-05-1172 DFL GGH<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR REFERRAL TO A COURT SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND/OR REFERRAL TO THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>[CIV LR 16-270 & 16-271] |

Having considered the parties joint request for referral to a court settlement conference before a magistrate judge and/or referral to the court's voluntary dispute resolution program, and good cause appearing.

1   IT IS ORDERED that this matter be referred to a Court Settlement Conference pursuant
2 to Civil Local Rule 16-270 and that a settlement conference be calendared within thirty (30) days
3 of this order, or as soon thereafter as practicable.
4   IT IS FURTHER ORDERED that this matter be referred to the Court's Voluntary
5 Dispute Resolution Program pursuant to Civil Local Rule 16-271 within thirty (30) days of this
6 order.
7   IT IS SO ORDERED.
8   DATED:       August 17, 2006

DAVID F. LEVI
United States District Judge