1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    BERNADETTE GOUGH,

10            Plaintiff,                    No. CIV S-05-1172 DFL GGH

11        vs.

12   PACIFIC TELESIS GROUP
     COMPREHENSIVE DISABILITY BENEFITS
13   PLAN, et al.,

14            Defendants.                   ORDER

15   _____/

16            Presently pending on this court's law and motion calendar for October 5, 2006,

17   are plaintiff's motion to compel discovery, filed August 10, 2006, and defendant Pacific Telesis

18   Group Comprehensive Disability Benefits Plan's motion to compel initial disclosures and

19   responses to special interrogatories, filed August 31, 2006.  The discovery cutoff in this case was

20   September 1, 2006.  Judge Levi's scheduling order provided:

21            All discovery shall be completed by September 1, 2006. In
              this context, "completed" means that all discovery shall have
22            been conducted so that all depositions have been taken and any
              disputes relative to discovery shall have been resolved by
23            appropriate order if necessary and, where discovery has been
              ordered, the order has been complied with.
24

25   Status (pre-trial scheduling) Order, filed June 30, 2006.

26   \\\\\

                                       1

1        In defendants' motion, the discovery cutoff was not even mentioned.  The parties

2   cannot impliedly stipulate their way out of a discovery deadline.  Plaintiff attempts to argue in

3   support of her motion, that she does "not view this motion as a 'discovery matter.'" Despite the

4   limitations on review of extrinsic evidence in an ERISA action, plaintiff clearly seeks discovery,

5   and both motions are clearly discovery motions.  The parties cannot file discovery motions on the

6   eve of the cutoff, and assume they have complied with the scheduling order.  Therefore, this

7   court is unable to hear their motions under the present scheduling order.

8        Accordingly, IT IS ORDERED that plaintiff's motion to compel discovery, filed

9   August 10, 2006,  and defendant Pacific Telesis Group Comprehensive Disability Benefits Plan's

10  motion to compel initial disclosures and responses to special interrogatories, filed August 31,

11  2006, are vacated from the calendar.

12  DATED: 10/5/06

                                    /s/ Gregory G. Hollows
13
                                    _____
14                                  GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE
    GGH:076
15  Gough1172.vac.wpd

16

17

18

19

20

21

22

23

24

25

26