STEVEN P. COGER (State Bar No. 170765)
AT&T SERVICES, INC.
2600 Camino Ramon, Room 2W955
San Ramon, California 94583
Telephone: 925.823.9489
Facsimile: 925.244.9083

Attorneys for Defendant
PACIFIC TELESIS GROUP COMPREHENSIVE
DISABILITY BENEFITS PLAN

JESSE S. KAPLAN (State Bar No. 103726)     **OK/HAV**
5441 Fair Oaks Boulevard, Suite C-1
Carmichael, California 95608
Telephone: 916.488.3030
Facsimile: 916.489.9297

Attorney for Plaintiff
BERNADETTE GOUGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE GOUGH,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, PLAN ADMINISTRATOR PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No.  CIV S-05-1172 DFL GGH<br><br>ORDER GRANTING THE PARTIES' STIPULATED POSTPONEMENT OF DISPOSITIVE MOTION HEARING DATE FROM MARCH 28, 2007 TO MAY 9, 2007 |

Having considered the parties' joint and stipulated request that the hearing date for dispositive motions be postponed, and good cause appearing:

IT IS ORDERED that the deadline for dispositive motions in this matter shall be moved to **May 9, 2007**.

///

///

///

(PROPOSED) ORDER GRANTING PARTIES' REQUEST TO MOVE MSJ HEARING DATE – CASE NUMBER CIV S-05-1172 DFL GGH

1   IT IS FURTHER ORDERED that the pre-trial conference be moved to **June 22, 2007** at

2   3 PM and that the trial commencement date be moved to **July 30, 2007 at 9:00 a.m.**

3   DATED:       March 1, 2007

4

5                                             /s/ David F. Levi
                                              United States District Judge

6